### FRANK HINES v. STATE.
No. A-1588.   Opinion Filed November 30, 1912.
Appeal from Sequoyah County Court;
W. N. Littlejohn, Judge.

E. M. Frye and R. A. Jackson, for appellant.

Smith C. Matson and C. J. Davenport, Asst. Attys. Gen., for the State.

FURMAN, P. J.   On the 19th day of July, 1911, judgment was rendered against appellant in the county court of Sequoyah county for a violation of the prohibitory liquor law, and his punishment was assessed at a fine of $250 and 60 days confinement in the county jail, from which judgment appellant attempted to appeal.    But the appellant did not file a transcript of the record in this court until January 17, 1912.   Under our statute, in misdemeanor cases, an appeal must be perfected within 60 days after date of judgment, but the court trying the case may by special order extend such time not exceeding 120 days from date of judgment.   In this case there was no order of the county court extending the time in which the transcript of the record might be filed in this court.   Therefore to give this court jurisdiction it was necessary to file the transcript within 60 days from July 19, 1911, which would have been not later than September 17, 1911.   As the transcript of the record was filed in this court 122 days after the time provided by law, this court has not acquired jurisdiction of the case and the appeal is therefore dismissed.

DOYLE, J., concurs.    ARMSTRONG, J., absent, and not participating.

---

### In re CHARLEY SMITH.
No. A-1011.   Opinion Filed December 7, 1912.

PER CURIAM.   The petitioner, Charley Smith, on February 6, 1911, filed in this court a petition signed and verified by his oath wherein he avers that he is illegally restrained of his liberty by Jack Spain, sheriff of Oklahoma county.   And now on this 10th day of February, in open court, the petitioner and respondent being present and represented by counsel, it is considered and adjudged by the court that the writ of habeas corpus be discharged and petitioner remanded to the custody of the respondent.

---

### In re ALVA COLSON and GUY LEE.
No. A-1008.   Opinion Filed December 7, 1912.

Ralso F. Morley, for petitioner.

PER CURIAM.   On February 3, 1911, there was filed in this court a petition for writ of habeas corpus wherein petitioners alleged that they were illegally restrained of their liberty by Wm. McCullough, sheriff of Tulsa county.   The application for the writ was denied.   On March 23, 1911, petitioners by their counsel of record moved to dismiss their application.   At the May, 1911, term the cause was dismissed, at petitioners' costs.

---

### Ex parte HERBERT CRIDER.
No. A-805.   Opinion Filed December 7, 1912.

Application for writ of habeas corpus to be let to bail.   Application denied December 7, 1912.